**Order entered November 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00883-CV

### DAVID GARVIN, JR., Appellant

### V.

### AMERICAN EXPRESS NATIONAL BANK, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06754**

## ORDER

As ordered to do so, appellant has provided written verification that he has returned court reporter Terri Etekochay's "designation form" and requested transcription of the proceedings held "on or about" July 5, 2022 and August 10, 2022. Accordingly, we **ORDER** Ms. Etekochay to file, no later than December 8, 2022, either the reporter's record of the proceedings appellant requested or written verification no record exists.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Etekochay and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE